UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONICA WELLS, on behalf of M.W., a minor, and others similarly situated, | * * * | CIVIL ACTION |
| | * | NO. 3:14-CV-00155-BAJ-RLB |
| PLAINTIFFS, | * * | |
| VS. | * * | JUDGE JACKSON |
| DR. REBEKAH GEE, Secretary of the Louisiana Department of Health, in her official capacity, and the LOUISIANA DEPARTMENT OF HEALTH | * * * * * | MAGISTRATE JUDGE BOURGEOIS |
| DEFENDANTS | * | CLASS ACTION |

## EX PARTE MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFFS' 2018 MOTION TO ENFORCE STIPULATION

Defendants herein, Dr. Rebekah Gee, in her official capacity as Secretary of the Louisiana Department of Health, and the Louisiana Department of Health, respectfully move this Honorable Court for a thirty (30) day extension of time, until November 23, 2018, within which to file a response and memorandum in opposition to Plaintiffs' *2018 Motion to Enforce Stipulation and Order* (Doc No. 88).

In support of this motion, Defendants state as follows:

1. On Wednesday, October 3, 2018, Plaintiffs filed their *2018 Motion to Enforce Stipulation and Order*, hereinafter referred to as the *2018 Motion*.

2. This Honorable Court has not yet set a Briefing Schedule on Plaintiffs' *2018 Motion*. Through the application of Rule 6 of the Federal Rules of Civil Procedure together with Local Civil Rule 7(f), Defendants are required to file their opposition within twenty-one (21) days of the filing of Plaintiffs' *2018 Motion* on or by October 24, 2018.

3. Defendants certify that there has been no previous extension of time granted by this Honorable Court within which to file a response to Plaintiffs' *2018 Motion*.

4. Defendants have examined the record of this matter as provided through PACER and certify that Plaintiffs have not filed an objection to an extension of time into the record of this matter.

5. Undersigned counsel for Defendants has conferred with counsel for Plaintiffs on this matter, who have confirmed that Plaintiffs have no opposition to Defendants' request for a thirty (30) day extension of time within which to file a response to Plaintiffs' *2018 Motion*.

6. Defendants hereby request an additional thirty days, or until Friday, November 23, 2018, to file their response to Plaintiffs' *2018 Motion*.

WHEREFORE, Defendants Dr. Rebekah Gee, in her official capacity as Secretary of the Louisiana Department of Health, and the Louisiana Department of Health respectfully pray that this Motion be GRANTED, extending the time within which to file their response to Plaintiffs' *2018 Motion to Enforce Stipulation and Order* (Doc. No. 88) by thirty (30) days to November 23, 2018.

RESPECTFULLY SUBMITTED,

By: /s/ *Ryan J. Romero*
KIMBERLY SULLIVAN (La. Bar Roll No. 27540)
REBECCA CLEMENT (La. Bar Roll No. 31665)
RYAN ROMERO (La. Bar Roll No. 35987)
Louisiana Department of Health
Bureau of Legal Services
628 N. 4th Street (70802)
P.O. Box 3836
Baton Rouge, LA 70821-3836
Phone: (225) 342-1128
Fax:    (225) 342-2232
Email: kimberly.sullivan@la.gov
Email: rebecca.clement@la.gov
Email: ryan.romero@la.gov

*ATTORNEYS FOR DEFENDANT, DR. REBEKAH GEE, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE LOUISIANA DEPARTMENT OF HEALTH, AND THE LOUISIANA DEPARTMENT OF HEALTH*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2018, a copy of the foregoing *Ex Parte Motion for Extension of Time to File Opposition to Plaintiffs' 2018 Motion to Enforce Stipulation* was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of this Court's electronic filing system.

By: /s/ *Ryan J. Romero*
RYAN ROMERO (LA Bar No. 35987)

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MONICA WELLS, on behalf of M.W., a minor, and others similarly situated, | * * * | CIVIL ACTION |
| | * | NO. 3:14-CV-00155-BAJ-RLB |
| PLAINTIFFS, | * * | |
| VS. | * * | JUDGE JACKSON |
| DR. REBEKAH GEE, Secretary of the Louisiana Department of Health, in her official capacity, and the LOUISIANA DEPARTMENT OF HEALTH | * * * * * * | MAGISTRATE JUDGE BOURGEOIS |
| DEFENDANTS | * | CLASS ACTION |

## **O R D E R**

CONSIDERING the foregoing *Ex Parte Motion for Extension of Time to File Opposition to Plaintiffs' 2018 Motion to Enforce Stipulation*:

IT IS HEREBY ORDERED that Defendants' Motion is GRANTED, and that Defendants are granted until November 23, 2018, within which to file a response and memorandum in opposition to Plaintiffs' *2018 Motion to Enforce Stipulation and Order* (Doc. No. 88) in the above-captioned and entitled matter.

THUS DONE AND SIGNED**,** this \_\_\_\_ day of _____, 2018, in _____, Louisiana.

_____
JUDGE BRIAN A. JACKSON
United States District Court
Middle District of Louisiana